371 A.2d 241
Commonwealth v. Smith, Appellant.

Submitted September 8, 1975. Edward F. Browne, Jr., and William C. Haynes, Assistant Public Defenders, for appellant; Joseph C. Madenspacher, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.